**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01442-REB

VERCUITY SOLUTIONS, INC.,

    Plaintiff,

v.

DATA RETURN, LLC,

    Defendant.

## MINUTE ORDER[1]

    Defendant's Motion for Leave to Supplement Response and Brief in Support to Plaintiff's Motion for Temporary Restraining Order [#2] Filed July 25, 2006 [#9], filed August 7, 2006, is GRANTED and Defendant's Supplemental Response and Brief in Support [*sic*] to Plaintiff's Motion for Temporary Restraining Order [#2] Filed July 25, 2006 [#9] is accepted for filing.

Dated: August 8, 2006

-----------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.