IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01442-REB

VERCUITY SOLUTIONS, INC.,

    Plaintiff,

v.

DATA RETURN, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Notice of Voluntary Dismissal Without Prejudice** [#14], filed August 9, 2006. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal Without Prejudice** [#14], filed August 9, 2006, is **APPROVED**;

2. That this action **IS DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That the hearing set for August 10, 2006, on the plaintiff's motion for temporary restraining order is **VACATED**.

Dated August 9, 2006, at Denver, Colorado

                            **BY THE COURT:**

                            s/ Robert E. Blackburn
                            Robert E. Blackburn
                            United States District Judge